IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-06008-05-CR-SJ-GAF |
| ) | |
| ROBERT R. ATKINSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July14, 2016, defendant appeared before Chief United States Magistrate Judge Sarah W. Hays and entered a plea of guilty to Count One of the Indictment. The Defendant also admitted the allegations of forfeiture, which include a money judgment to be entered against the Defendant, as contained in the Indictment. Judge Hays issued her Report and Recommendation (doc. 225).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                                                     s/ Gary A. Fenner
                                                                                     GARY A. FENNER, JUDGE
                                                                                     UNITED STATES DISTRICT COURT

DATED: August 9, 2016